UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THOMPSON, et al.,<br><br>　　　　　Defendants. | **1:19-cv-00330 NONE JLT (PC)**<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS TO AMEND**<br><br>**(Docs. 30, 33)** |

In this prisoner civil rights action, Plaintiff proceeds on a First Amendment retaliation claim against defendants Thompson, Houston, Shoemaker, Castalas, and Hawthorne; an Eighth Amendment deliberate indifference claim against defendants Thompson, Houston, Shoemaker; an Eighth Amendment medical indifference claim against defendants Robinson, Castalas, and Perez; and an Eighth Amendment excessive force claim against defendants Scalley, Castalas, and Perez. Because Plaintiff is proceeding in forma pauperis, service was ordered by the United States Marshal, and waivers for service have since been returned executed for Scalley, Houston, Hawthorne, Shoemaker, and Thompson. (Docs. 26-28.) These defendants have now appeared in this action by filing an answer. (Doc. 29.)

The waivers for the remaining three defendants (Robinson, Castalas, and Perez) were returned unexecuted. (Docs. 30, 33.) The Litigation Coordinator at California State Prison in

1

Corcoran, California could not accept service for Castalas because neither of the two employees by that last name were on duty at the time of the allegations; could not accept service for defendant Perez because there are multiple staff members with that last name; and could not accept service for defendant Robinson because they were unable to identify this individual.

Plaintiff has now submitted two motions that seek to clarify the names of the three unserved defendants.[1] For defendant Castalas, Plaintiff submits documentation identifying this individual as Officer "Cristales." (Doc. 30.) For defendant Robinson, Plaintiff submits documentation identifying this individual as Registered Nurse "C. Rabaino." (Doc. 33.) The Court will construe Plaintiff's "motions for clarification" as motions to amend his complaint and will grant them accordingly.

Accordingly, the Court **GRANTS** Plaintiff's motions to amend the complaint (Docs. 30, 33). Cristales shall be substituted in for defendant Castalas, and C. Rabaino shall be substituted in for defendant Robinson.

IT IS SO ORDERED.

Dated:   **July 7, 2020**                    /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff does not provide further information to identify defendant Perez.

2