# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br>　　　　　　Plaintiff,<br><br>v.<br><br>THOMPSON, et al.,<br>　　　　　　Defendants. | 1:19-cv-00330-NONE-JLT  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO APPEAR BY ZOOM VIDEO CONFERENCE, JOHN WESLEY WILLIAMS, CDCR # V-34099**<br><br>DATE:  October 8, 2020<br>TIME:  1:00 p.m. |

John Wesley Williams, CDCR # V-34099, is the plaintiff in proceedings in this case on October 8, 2020, and is confined at R.J. Donovan Correctional Facility, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, by Zoom video conference, before Magistrate Judge Jennifer L. Thurston, at the U. S. District Court, 510 19th Street, Bakersfield, CA 93301, on Tuesday, October 8, 2020, at 1:00 p.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**   The Warden of R.J. Donovan Correctional Facility

**WE COMMAND** you to produce the inmate named above, by Zoom video conference, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court and thereafter to return the inmate to the above institution. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **September 9, 2020**　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE