UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>            Plaintiff,<br><br>      v.<br><br>THOMPSON, et al.,<br><br>            Defendants. | **1:19-cv-00330 NONE JLT (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION**<br><br>**(Doc. 4)** |

Shortly after Plaintiff initiated this case, he was informed by institutional staff that no new case documents would issue. He then filed a motion asking for clarification as to why his case "is being withheld from process and if this is an appealable decision." Because the docket reflects that new case documents have since issued in this case (see Doc. 5), Plaintiff's motion for clarification (Doc. 4) is **DENIED** as moot.

IT IS SO ORDERED.

   Dated:   **September 16, 2020**              **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

1