UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMPSON, et al.,<br><br>        Defendants. | No. 1:19-cv-00330-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* PRIVILEGE<br><br>(Doc. Nos. 66, 82)<br><br>30-DAY DEADLINE |

      Previously, the assigned magistrate judge granted plaintiff's application to proceed *in forma pauperis* ("IFP") in this action based on a finding that, while plaintiff had more than "three strike" dismissals of prior claims under 28 U.S.C. § 1915(g), he had alleged facts in this case sufficient to fall within the "imminent danger" so that he could proceed IFP in this case. (Doc. No. 13.) Defendants filed a motion to revoke the plaintiff's IFP status on the grounds that plaintiff is a three-strikes litigant and was not under any risk of imminent danger at the time he filed the complaint. (Doc. No. 66-1.) Plaintiff filed an opposition to that motion, to which defendants filed a reply. (Doc. Nos. 72, 74.) On April 8, 2021, the assigned magistrate judge recommended that the court grant defendants' motion, revoke plaintiff's IFP status, and require plaintiff to pay the filing fee or face dismissal of this action. (Doc. No. 82.)

      Plaintiff filed objections to the magistrate judge's findings and recommendations. (Doc. No. 83.) Therein, plaintiff argues that the court improperly credited the "false and intentionally

1

misleading information" provided by J. Perez, CDCR's Litigation Coordinator.  Plaintiff argues the merits of his underlying claims in this action that he was improperly refused a mental health crisis bed due to self-injurious behavior.  (*Id.*)  However, plaintiff has failed to demonstrate that the magistrate judge erred by finding that the imminent danger exception to § 1915(g) does not apply in this instance.  Revocation of plaintiff's IFP status does not prevent him from prosecuting this action.  It only means that he may not proceed without prepayment of filing fees.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations entered on April 8, 2021, (Doc. No. 82), are adopted;
2. Defendants' motion to revoke plaintiff's *in forma pauperis* status (Doc. No. 66), is granted;
3. <u>Within thirty (30) days</u> from the date of service of this order, plaintiff shall pay the required $402 filing fee for this action;
4. Plaintiff is forewarned that any failure to respond to this order may result in a recommendation that this action be dismissed for failure to obey a court order and failure to pay the filing fee; and
5. This case is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **May 28, 2021**

UNITED STATES DISTRICT JUDGE