UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMPSON, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00330-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **MOTION TO STAY DISCOVERY**<br><br>(Doc. 106) |

    Defendants have filed an *ex parte* motion to stay discovery pending the Court's ruling on Defendants' motion for summary judgment based on failure to exhaust administrative remedies. (Docs. 97, 106.) On September 2, 2021, the parties stipulated to this relief sought. (Doc. 95). Thus, the Court **GRANTS** Defendants' motion, and discovery is hereby **STAYED**.

IT IS SO ORDERED.

    Dated: __November 22, 2021__           _/s/ Jennifer L. Thurston_
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE