1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHN WESLEY WILLIAMS, | Case No.: 1:19-cv-00330 JLT BAK |
|---|---|
| Plaintiff, | ORDER RE PENDING RECUSAL |
| v. | |
| THOMPSON, et al., | |
| Defendants. | |

This matter was reassigned recently to the undersigned. The undersigned conducted a settlement conference in this case in the past, during which confidential information was imparted. Consequently, the undersigned intends to recuse from this case, unless the parties waive the disqualification via a written stipulation. Therefore, the Court **ORDERS**:

1.  If they wish to waive the disqualification, they must file a waiver **no later than January 31, 2022**.

///
///
///
///
///

1

2. If the parties choose not to waive the disqualification[1], they need not take any action and the Court will issue a recusal order after January 31, 2022.

IT IS SO ORDERED.

Dated:   **January 11, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

---

[1] Absolutely no adverse consequences will result no matter how the parties decide to proceed.